

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2014

No. 04-14-00583-CR

Samuel Alfredo **DORADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6651
Honorable Pat Priest, Judge Presiding

# O R D E R

The court reporter's notification of late record is this date NOTED. The reporter's record is due November 26, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court